Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK KING, Appellant.—

Present—Denman, J. P., Boomer, Green, Lawton and Davis, JJ.